UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

**FILED**

MAY 1 9 2009

CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 09-50030-01 |
| Plaintiff, | <u>INDICTMENT</u> |
| vs. | Conspiracy to Distribute a Controlled Substance |
| WILLIAM CLASSON a/k/a "ANIMAL," | (21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(A)) |
| Defendant. | |

The Grand Jury charges:

Beginning at a time unknown to the Grand Jury, but no later than 2001, and continuing through May, 2007, in the District of South Dakota and elsewhere, the defendant, William Classon, a/k/a "Animal," did knowingly and intentionally combine, conspire, confederate and agree with others known and unknown to the Grand Jury to knowingly and intentionally distribute and possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, all in violation of 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(A).

A TRUE BILL:

_____
FOREMAN

MARTY J. JACKLEY
United States Attorney

By: _____