UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 09-50030-01 |
| | ) | |
| Plaintiff, | ) | |
| | ) | MOTION FOR MODIFICATION |
| v. | ) | OF BOND CONDITIONS |
| | ) | |
| WILLIAM CLASSON, | ) | |
| | ) | |
| Defendant. | ) | |

   The Defendant, WILLIAM CLASSON, by and through his attorney of record, Murl L. Woods, hereby moves this Court for an Order modifying the conditions of his bond that were previously ordered on August 14, 2009.  In particular, the Defendant requests the condition of release requiring him to be in the custody of his spouse, Susan McClure, be modified, in order that he is able to attend the Hines Blind Rehabilitation Center in Chicago, Illinois.  In support of this motion, the following information is offered for the Court's consideration:

   1. The Defendant suffers from Graves Disease, which is robbing him of his eye sight.  Currently the Defendant is totally blind in his left eye and has vision of 20/400 in his right eye.  He has no peripheral vision on the sides or above or below the center of his gaze;

   2. Mr. Classon's vision has decreased by approximately 50% in the last year.  It is anticipated that his vision will continue to decrease and he will become totally blind.  His medical providers have stated to him that his vision may continue to decrease over time, or there is the possibility he could wake up any day with no vision;

   3. Mr. Classon's medical providers recommend Mr. Classon attend the blind center, in order to teach him the necessary skills he will need to have to be able to function

on a daily basis as his vision continues to deteriorate. The VA has scheduled Mr. Classon to attend said school beginning July 10, 2010.

      Defense Counsel can not state if the Government has any objection to such modification of the Conditions of Release, as she has been unable to contact Assistant U.S. Attorney Mark Vargo prior to the filing of this motion.

      Dated this 1st day of July, 2010.

      Respectfully submitted,

*Murl L. Woods*

Murl L. Woods
P.O. Box 2171
Rapid City, SD 57709
(605)721-7510
MWoodsatty@yahoo.com

## CERTIFICATE OF SERVICE

      It is hereby certified that a true and correct copy of the Defendant's Motion For Modifications of Bond Conditions was personally served upon Mark Vargo, Assistant United States Attorney, by means of the Notice of Electronic Filing at his email address of Mark Vargo, Assistant United State's Attorney, 515 9th Street, #201, Rapid City, SD 57701, mark.vargo@usdoj.gov, Attorney for United States.

      Dated this 1st day of July, 2010.

      Respectfully submitted,

*Murl L. Woods*

Murl L. Woods
P.O. Box 2171
Rapid City, SD 57709
(605)721-7510
MWoodsatty@yahoo.com